# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CHRISTINA NIELSEN,** individually and on behalf of all similarly situated persons, ) ) ) ) | |
| Plaintiff, ) ) | **CIVIL ACTION NO.** **1:24-cv-02460-JPB** |
| v. ) ) ) | |
| **CROSSCOUNTRY MORTGAGE,** ) ) | |
| Defendant. ) ) | |

## NOTICE OF WITHDRAWAL OF NOTICE OF LEAVE OF ABSENCE (Doc. 17)

Defendant CrossCountry Mortgage, LLC, by and through counsel, hereby files this Notice of Withdrawal of Notice of Leave of Absence and will re-file same. A Notice of Leave of Absence was filed in undersigned counsel's cases in this district in order to comply with the court's procedures (Doc. 17). However, given the pending motion to compel arbitration in this case, it will be re-filed noting Defendant's objection to this forum.

Respectfully submitted this 5th day of May, 2025.

        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

        <u>*/s/ Kerri L. Keller*</u>
        John R. Conley, *Admitted Pro Hac Vice*
        Ohio Bar No. 0084079
        Kerri L. Keller, *Admitted Pro Hac Vice*
        Ohio Bar No. 0075075
        1 Gojo Plaza, Suite 310
        Akron, OH 44311
        (330) 272-0000 (telephone)
        (330) 272-0019 (facsimile)
        John.Conley@lewisbrisbois.com
        Kerri.Keller@lewisbrisbois.com

        <u>/s/ *John S. Snelling*</u>
        John S. Snelling
        Georgia Bar No. 665759
        600 Peachtree Street, N.E., Suite 4700
        Atlanta, GA 30308
        (404) 567-6588 (telephone)
        (404) 467-8845 (facsimile)
        John.Snelling@lewisbrisbois.com

        ***Attorneys for Defendant***
        ***CrossCountry Mortgage, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May 2025, I filed the foregoing with the Clerk of Court using the ECF System. A copy will be served upon all parties of record via the court's ECF system.

*/s/ Kerri L. Keller*
Kerri L. Keller